Erwin **MAMBO**, Petitioner,

v.

Eric H. **HOLDER**, Jr., **Attorney General**, Respondent.

No. 09–70502.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 26, 2012.

Sharon A. Healey, Law Office of Sharon A. Healey, Seattle, WA, for Petitioner.

OIL, Aaron R. Petty, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

## MEMORANDUM **

Erwin Mambo, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

The BIA did not abuse its discretion in denying Mambo's untimely motion to reopen because Mambo failed to establish changed circumstances in Indonesia to qualify for the regulatory exception to the time limitation. *See* 8 C.F.R.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 989–90.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.